IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLIANCE INDUSTRIES LIMITED**<br>and<br>**ALLIANCE INDUSTRIES FZC**<br><br>v.<br><br>**A-1 SPECIALIZED SERVICES, &**<br>**SUPPLIES, INC.** | **CIVIL ACTION**<br><br>**NO. 13-2510** |

**ORDER DENYING MOTION TO DISMISS OR STAY PURSUANT TO PRINCIPLES OF INTERNATIONAL COMMITTEE AND THE DOCTRINE OF FORUM NON CONVENIENS (ECF 32) and SCHEDULING ORDER**

**AND NOW,** this 12th day of March, 2014, it is **ORDERED** as follows:

1. For the reasons stated in the foregoing Memorandum, defendant's Motion to Dismiss or Stay pursuant to principles of international committee and the doctrine forum non conveniens is **DENIED**, subject to renewal without prejudice if material circumstances change.

2. Defendant shall answer, plead or otherwise move in response to the Second Amended Complaint within fourteen (14) days.

2. The Court will direct the parties to begin discovery by service of document requests within fourteen (14) days, to be followed by any objections within fourteen (14) days. The parties may also serve interrogatories and requests for admissions, and shall promptly confer on any objections that are served to any of the written discovery. Documents shall be produced promptly pursuant to discussions among counsel.

3. The parties should then develop a schedule to complete all discovery, sufficient to give opportunity to arrange depositions in the United States or overseas.

4. While this discovery is proceeding, the Court will also direct the parties, pursuant to Rule 44.1, to submit briefs on the issue of choice of law and conflicts of law, supported, to the extent each party believes it is necessary, by an affidavit of an expert in English law.

The parties should confer and submit to the Court within fourteen (14) days either a jointly agreed date on which there will be simultaneous filing of the Rule 44.1 materials, or individual suggestions if they cannot agree. The submissions will be followed by a hearing for expert testimony.

5. The Court will have a further pretrial conference on April 29, 2014 at 10:00 a.m. in Courtroom 3A, to review any discovery disputes or other matters of contention and finalize a pretrial schedule leading to a trial date. Counsel shall advise the Court of any dispute by letter at least three days prior to the conference. At that time, the Court will set a date for any additional expert reports.

6. Unless the parties intend to use a private mediator, the Court will also request Magistrate Judge Strawbridge to contact the parties for a settlement conference, and counsel should advise Judge Strawbridge when they believe such a conference would be most appropriate.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-2510 alliance industries v. A-1 specialized\13cv2510.order.3.11.14.docx