IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLIANCE INDUSTRIES LIMITED**<br>**and**<br>**ALLIANCE INDUSTRIES FZC**<br><br>v.<br><br>**A-1 SPECIALIZED SERVICES &**<br>**SUPPLIES, INC.** | **CIVIL ACTION**<br><br>**NO. 13-2510** |

**Baylson, J.**                                                                                         **April 30, 2014**

## MEMORANDUM OF REASONS FOR ADOPTION OF PROTECTIVE ORDER

Plaintiff proposed a Protective Order that would limit confidential material to counsel and witnesses, et al. in this case only. As noted in the Court's prior opinions, the English litigation is related but not necessarily "parallel." However, plaintiff is using the same law firm in this litigation and in the English litigation. Defendant has different counsel in the English litigation. The Court adopted defendant's proposed Protective Order allowing documents produced in this litigation to be provided to defendants' attorneys in England to achieve parity and equal access to confidential information.

O:\CIVIL 13\13-2510 alliance industries v. A-1 specialized\13cv2510.043014..memo.protectiveorder.docx