IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALLIANCE INDUSTRIES LIMITED and ALLIANCE INDUSTRIES FZC<br><br>v.<br><br>A-1 SPECIALIZED SERVICES, & SUPPLIES, INC. | CIVIL ACTION<br><br>NO.  13-2510 |
|---|---|

## ORDER RE PRETRIAL SCHEDULE

**AND NOW,** this 30th day of April, 2014, following a pretrial conference on April 29, 2014 with counsel, it is **ORDERED** as follows:

1. The parties shall make their initial production of documents now that the Court has entered a Confidentiality Order, by May 9, 2014 and shall complete production of documents already requested and not subject to any objections no later than May 30, 2014.  Any motions to compen as to existing discovery requests shall be filed by May 30, 2014.

2. Defendants will submit papers for Court approval for foreign depositions for witnesses located in countries that are signatories to the Hague Convention by May 9, 2014 and for witnesses who are located in countries not subject to Hague Convention by May 16, 2014.

3. The Court will require all parties to provide search terms for searching of electronically stored information pursuant to the Federal Rules of Civil Procedure.  The search terms proposed by defendants are approved but may be supplemented by agreement or by request that the Court convene a conference to discuss this issue.

4. The Court will have the next pretrial conference on **June 12, 2014 at 4:00 p.m.** in Courtroom 3A.

5. Plaintiffs shall serve their expert reports by July 31, 2014 and defendants by August 30, 2014. Discovery, including expert depositions, shall be completed by September 30, 2014 (except for foreign depositions that cannot be previously scheduled). Expert reports may be promptly supplemented by newly obtained facts.

6. Dispositive motions, including material submitted under Rule 44.1, shall be filed no later than October 15, 2014. Responses are due October 29, 2014 and reply briefs by November 5, 2014. The Court will expedite decision on any dispositive motions and requests for rulings on foreign law, subject to reservation for factual issues that may have to be decided at trial.

7. A hearing on dispositive motions and Rule 44.1 issues will be scheduled during the week of November 17, 2014. The non-jury trial will start on **Monday, December 8, 2014** at 9:00 a.m. in Courtroom 3A, assuming issues remain for trial.

8. The Court will consider a motion for postponement of the trial only if a party can demonstrate, with appropriate documentation, that despite a diligent and good faith effort to secure deposition(s) of individual(s) located in a foreign country its efforts, as of a date reasonably close to trial starting, have been unsuccessful, but it has a reasonable likelihood of securing such deposition(s) in a reasonably proximate timeframe, and that the deponent(s) will give highly relevant testimony.

9. This trial listing is a special listing under our Standing Order dated January 1, 1970, and counsel shall consider themselves "attached" for this trial.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-2510 alliance industries v. A-1 specialized\13cv2510.order.4.29.14.docx