IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLIANCE INDUSTRIES LIMITED**<br>    and<br>**ALLIANCE INDUSTRIES FZC**<br><br>    v.<br><br>**A-1 SPECIALIZED SERVICES & SUPPLIES, INC.** | **CIVIL ACTION**<br><br>**NO. 13-2510** |

## O R D E R

**AND NOW**, this 11th day of September, 2014, for the reasons set forth in the foregoing Memorandum, Plaintiff's Motion to Strike Affirmative Defenses is **GRANTED** in part and **DENIED** in part.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-2510 alliance industries v. A-1 specialized\13cv2510.091114.order.affirm.defense.docx