IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLIANCE INDUSTRIES LIMITED**<br>     and<br>**ALLIANCE INDUSTRIES FZC**<br><br>      v.<br><br>**A-1 SPECIALIZED SERVICES & SUPPLIES, INC.** | **CIVIL ACTION**<br><br>**NO. 13-2510** |

### ORDER RE SUMMARY JUDGMENT

**AND NOW**, this 19th day of August, 2015, for the reasons stated in the foregoing memorandum, upon consideration of Plaintiffs Alliance Industries Limited and Alliance Industries FZC's Motion for Summary Judgment (ECF 116) and Defendant A-1 Specialized Services & Supplies, Inc.'s request for summary judgment contained in the Second Supplemental Brief of A-1 in Support of Its Opposition to Plaintiffs' Motion for Summary Judgment (ECF 182), and all responses replies, memoranda, and submissions thereto, it is hereby **ORDERED** that:

1. Plaintiffs' motion for summary judgment with regard to whether the September 6, 2012 Settlement Agreement released the leases and whether there was an alleged oral agreement between the parties to release the leases is **DENIED**.

2. Defendant's request for summary judgment, made at oral argument and in its August 4, 2015 supplemental brief (ECF 182) is **DENIED**.

3. Plaintiffs' motion for summary judgment as to Defendant's affirmative defense of set-off is **GRANTED** because that affirmative defense fails as a matter of law.

4. The Court will reserve its decision as to the capacity of Alliance Industries FZC to join this lawsuit as a party plaintiff until after the hearing scheduled for September 9, 2015.

1

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-2510 alliance industries v. A-1 specialized\13cv2510.08.19.15.order.msj.docx