IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALLIANCE INDUSTRIES LIMITED and ALLIANCE INDUSTRIES FZC  v.  A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | CIVIL ACTION   NO. 13-2510 |
|---|---|

**O R D E R**

**AND NOW**, this 3rd day of May 2016, upon consideration of intervenor Leena Khosla's ("Leena") motion for an order directing priority of distribution (the "Motion for Priority", ECF 235), intervenor Om P. Khosla's ("Om") response in support of Leena's motion (ECF 237) and any response thereto, and for the reasons provided in the foregoing Memorandum, it is hereby **ORDERED** that Leena's Motion for Priority is **DENIED AS MOOT**.

BY THE COURT:

/s/ Michael M. Baylson

MICHAEL M. BAYLSON
United States District Court Judge

O:\CIVIL 13\13-2510 alliance industries v. A-1 specialized\13cv2510 Order re Priority Distribution.docx